**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: April 07, 2010



_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-06518

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-05809-RJH |
| Tony Clay Nash, | Chapter 7 |
| Debtor. | ORDER |
| Chase Home Finance LLC, | (Related to Docket #5) |
| Movant, | |
| vs. | |
| Tony Clay Nash, Debtor, Constantino Flores, Trustee. | |
| Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 19, 2007 and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and Tony Clay Nash has an interest in, further described as:

> Unit 105, CANTERA FOUNTAINS CONDOMINIUMS, TOGETHER WITH the undivided interest in and to the common elements appurtenant to each unit;
>
> All as set forth in Declaration of Horizontal Property Regime recorded as Recorders No. 84-456946 and amended at Recorders No. 86-103828, and thereafter Declarant rights were assigned in instrument recorded June 18, 1987 at Recorders No. 87-387791, and on plat recorded in the office of the Maricopa County Recorder in Book 274 of Maps, Page 11, and Affidavit of Correction recorded at Recorders No. 84-482386, of Official Records.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.